UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 25-cr-58 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Robert Peter Linnear, | |
| Defendant. | |

---

This matter is before the Court on Defendant Robert Peter Linnear's Motion for Discovery of Expert Under Rule 16(a)(1)(G) ("Motion") (ECF No. 21). Mr. Linnear requests a written summary of the expert testimony the Government intends to use in trial, including witnesses 'opinions, the bases and the reasons therefore, and the witnesses' qualifications, all pursuant to Rule 16(a)(1)(G). But the Court's Scheduling Order clearly states, "The parties must disclose the identity of any expert witness whom they intend to call and make all expert disclosures required by Federal Rule of Criminal Procedure 16 no later than **28 days** before trial." (ECF No. 11 at 4.) Therefore, having already ruled on the issue in its Scheduling Order, the Court denies Mr. Linnear's Motion as moot.

**IT IS SO ORDERED**.

Dated: June 16, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

1